LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE M. CAMPANELLA, | Case No. C 06 1823 MJJ |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |
| v. | HON. MARTIN J. JENKINS |
| ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY, JOHNSON AND JOHNSON COMPANY, AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P. A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: June 2, 2006

**LEVIN SIMES KAISER & GORNICK LLP**

_____
Dennis J. Canty
Attorneys for Plaintiff

IT IS SO ORDERED
Judge Martin J. Jenkins

6/6/2006

VOLUNTARY DISMISSAL                                                                    PAGE 1